[No. 40834-1-II.    Division Two.    November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04080-1, Frederick W. Fleming, J., entered May 28, 2010. *Remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Armstrong, J. Pro Tem.

[No. 41774-0-II.    Division Two.    November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEWIS HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03211-6, Frederick W. Fleming, J., entered January 7, 2011. *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.

[No. 41956-4-II.    Division Two.    November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MAKSIM VASIL YEVICH SHKARIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03947-1, Rosanne Buckner, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42222-1-II.    Division Two.    November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES BABNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01549-3, Katherine M. Stolz, J., entered May 12, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.